**Electronically Filed
Supreme Court
SCWC-14-0000897
23-FEB-2016
02:26 PM**

SCWC-14-0000897

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RONDA L. RAMOS,
Respondent/Petitioner-Appellant,

vs.

THE ESTATE OF PETER JOSEPH ELSENBACH, ELSENBACH
CHILDREN'S TRUST, and CHRISTOPHER ELSENBACH,
Petitioners/Respondents-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000897; P. NO. 13-1-0182)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Respondents-Appellees The Estate of Peter

Joseph Elsenbach, Elsenbach Children's Trust, and Christopher

Elsenbach's application for writ of certiorari filed on January

11, 2016, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

held, subject to further order of this court.  Any party may,

within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, February 23, 2016.

Kenn N. Kojima and
Edward J. Bybee
for petitioners

Ronda L. Ramos
respondent pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2